1518. SUMMIT WAGON COMPANY *et al. v.* LOWERY, for use, etc.

POWELL, J. 1. The evidence supports the verdict.
2. It is relevant to give in evidence any circumstance which tends to make the proposition at issue either more or less probable. *Todd* v. *German-American Insurance Co.,* 2 *Ga. App.* 790 (4), (59 S. E. 94).
　　　　　　　　　　　　　　　　　　　*Judgment affirmed.*

Complaint, from city court of Swainsboro—Judge Mitchell. October 1, 1908.

Submitted December 15, 1908.—Decided May 4, 1909.
*Saffold & Larsen,* for plaintiffs in error.
*Lee Godfrey, James K. Hines,* contra.